IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ANTHONY ROBINSON, | ) |
| Plaintiff, | ) 8:06CV322 |
| v. | ) |
| BURLINGTON NORTHERN SANTA FE RAILROAD, | ) ORDER |
| Defendant. | ) |

IT IS ORDERED:

Plaintiff's motion to proceed in forma pauperis, filing 2, is granted.

DATED this 24th day of April, 2006.

BY THE COURT:

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge