IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ANTHONY ROBINSON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BURLINGTON NORTHERN SANTA FE )<br>RAILROAD, )<br>)<br>Defendant. )<br>) | 8:06CV322<br><br><br><br>ORDER |

IT IS ORDERED:

Plaintiff's motion to proceed in forma pauperis, filing 2, is granted.

DATED this 24th day of April, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge