IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ANTHONY ROBINSON, ) | Case Number: 8:06CV322 |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | REASSIGNMENT ORDER |
| ) | |
| BURLINGTON NORTHERN-SANTA FE ) | |
| RAILROAD, ) | |
| ) | |
| Defendant. ) | |

The Clerk's office has been advised that the plaintiff does not consent to proceed before a United States Magistrate Judge. Accordingly,

IT IS ORDERED that this case is reassigned to Chief Judge Joseph F. Bataillon for disposition and remains assigned to Magistrate Judge F A. Gossett for judicial supervision and processing of all pretrial matters.

DATED this 28th day of April, 2006.

BY THE COURT:


s/ Joseph F. Bataillon, Chief Judge
United States District Court