IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ANTHONY ROBINSON, | ) | |
| | ) | |
| Plaintiff, | ) | 8:06CV322 |
| | ) | |
| v. | ) | |
| | ) | |
| BURLINGTON NORTHERN-SANTA FE RAILROAD, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the court on plaintiff's Motion to Proceed In Forma Pauperis (IFP) (Filing No. 9). In filing no. 5 the court has already granted plaintiff permission to proceed IFP. Therefore, this motion is denied as moot.

IT IS SO ORDERED:

DATED this 22nd day of August, 2006.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge