IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ANTHONY ROBINSON, | ) | |
| | ) | |
| Plaintiff, | ) | CASE NO. 8:06CV322 |
| | ) | |
| v. | ) | |
| | ) | |
| BURLINGTON NORTHERN-SANTA FE RAILROAD, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the court on defendant's Motion for Enlargement of Time. (Filing No. 26). In its motion, defendant asks this court to extend the time set forth in the Court's Progression Order for providing its Initial Disclosures to the Plaintiff. Defendant requests that it be given 30 days from the date that plaintiff properly served defendant to provide its Initial Disclosures to plaintiff. In pro se cases extensions of time are freely granted for either party. Therefore, defendant's motion is granted.

IT IS ORDERED:

1. That defendant's Motion for Enlargement of Time (Filing No. 26) is granted.

DATED this 27th day of December, 2006.

BY THE COURT:


s/ F.A. Gossett
United States Magistrate Judge

1