IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ANTHONY ROBINSON, | ) | |
| | ) | |
| Plaintiff, | ) | 8:06CV322 |
| | ) | |
| v. | ) | |
| | ) | |
| BURLINGTON NORTHERN-SANTA FE RAILROAD, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the court on plaintiff's Motion to Extend the Deadline for Providing Initial Disclosures. (Filing No. 30). The motion is granted.

IT IS ORDERED:

    1. That the plaintiff's motion to extend (Filing No. 30) is granted;

    2. The mandatory disclosures described in Fed. R. Civ. P. 26(a)(1) shall be served by all parties on or before February 5, 2007;

    3. The Clerk of Court shall send a copy of this Order to plaintiff at his last known address.

    DATED this 29th day of January, 2007.

                          BY THE COURT:

                          s/ F.A. Gossett
                          United States Magistrate Judge