# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **ANTHONY ROBINSON,** )<br>)<br>**Plaintiff,** )<br>)    **8:06CV322**<br>**vs.** )<br>)    **ORDER**<br>**BURLINGTON NORTHERN-** )<br>**SANTA FE RAILROAD,** )<br>)<br>**Defendant.** ) | |

This matter is before the court following a telephone conference with counsel for the parties on April 30, 2007.

**IT IS ORDERED:**

The **telephone** planning conference with the undersigned magistrate judge is continued to **May 11, 2007, at 9:00 a.m.**.  Plaintiff's counsel shall initiate the telephone conference.

DATED this 1st day of May, 2007.

BY THE COURT:

 s/Thomas D. Thalken
United States Magistrate Judge
