IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ANTHONY ROBINSON, | ) | |
| | ) | |
| Plaintiff, | ) | 8:06CV322 |
| v. | ) | |
| | ) | ORDER OF RECUSAL |
| BURLINGTON NORTHERN SANTA FE RAILWAY COMPANY, | ) ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the court's own motion pursuant to 28 U.S.C. § 455(a), which states: "Any . . . judge . . . of the United States shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned." Upon review of the parties and the record in the above-designated case, the undersigned judge shall, and hereby does, recuse himself from the above-designated case pursuant to 28 U.S.C. § 455(a).

**IT IS SO ORDERED.**

DATED this 2nd day of October, 2007.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge