IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ANTHONY ROBINSON, | ) | |
| | ) | |
| Plaintiff, | ) | 8:06CV322 |
| | ) | |
| v. | ) | |
| | ) | |
| BURLINGTON NORTHERN-SANTA FE RAILROAD, | ) | ORDER ON DEFENDANT'S MOTION FOR LEAVE TO FILE AN AMENDED ANSWER |
| | ) | |
| Defendant. | ) | |
| | ) | |

     IT IS ORDERED that the Motion for Leave to File an Amended Answer, filing 68, is granted and the Amended Answer to Second Amended Complaint, a copy of which was attached to the motion, shall be filed on or before October 17, 2007.

     Dated October 10, 2007.

                                  BY THE COURT

                                  s/ Warren K. Urbom
                                  United States Senior District Judge