IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **ANTHONY ROBINSON,** | ) | Case No.: 8:06CV322 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| **BURLINGTON NORTHERN SANTA FE RAILROAD,** | ) ) ) | |
| | ) | |
| Defendant. | ) | |

This matter comes before the Court on the Defendant's Motion for Leave to Submit Supplemental Exhibit in Support of Defendant's Motion for Summary Judgment. (Filing No. 80).

The Court, being fully advised in the premises, finds and orders as follows:

**IT IS HEREBY ORDERED** that the Defendant is granted leave to submit a supplemental exhibit in support of Its Motion for Summary Judgment.

Dated this 27th day of November, 2007.

BY THE COURT:

s/ Warren K. Urbom
_____
United States Senior District Judge